UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 19-458 (FLW) |
| vs. | <u>SCHEDULING ORDER</u> |
| MIGUEL ANGEL CARMONA-GUZMAN | |

This matter having come before the Court for arraignment; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Brian Urbano, Assistant U.S. Attorney, appearing); and the Defendant being represented by Benjamin West, AFPD; and the parties having met and conferred prior to arraignment and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph 3 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this 12th day of July, 2019, ORDERED that:

1. The Government shall provide all discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before July 19, 2019.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before July 19, 2019. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before July 26, 2019.

4. The Defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before July 26, 2019.

5. The following shall be the schedule for pretrial motions in this matter:

   a) The Defendant shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before August 30, 2109;

   b) The Government shall file any response to the Defendant's pretrial motions on or before September 13, 2019;

   c) The Defendant shall file any reply on or before September 20, 2019;

   d) Oral argument on pretrial motions shall be held on a date to be determined by the Court.

_____
Honorable Freda L. Wolfson
United States District Judge