# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 19-458 (FLW) |
| v. : | |
| : | **ORDER FOR CONTINUANCE** |
| MIGUEL ANGEL CARMONA- : | |
| GUZMAN : | |

**THIS MATTER** having come before the Court on the joint application of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Brian Urbano, Assistant U.S. Attorney, appearing), and Defendant Miguel Angel Carmona-Guzman (Benjamin West, Esq., appearing), for an order granting a continuance of proceedings in the above-captioned matter; and Defendant being aware that he has the right to have this matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and Defendant having consented to such continuance and having waived such right; and no prior post-indictment continuances having been granted by this Court; and for good cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

1. Both the United States and Defendant desire additional time to continue to negotiate a plea agreement, which would render trial of this matter unnecessary;

2. The failure to grant a continuance would deny counsel for Defendant and counsel for the Government the reasonable time necessary for

effective preparation for trial, taking into account the exercise of due diligence.

3. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS**, therefore, on this 12th day of July 2019,

**ORDERED** that this action be, and hereby is, continued until the hearing date of October 4, 2019 as set forth in the Court's July 9, 2019 Scheduling Order; and it is further

**ORDERED** that the period from the date of this order through and including the hearing date of October 4, 2019, as set forth in the Court's July 9, 2019 Scheduling Order be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

HONORABLE FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

Consented to as to form and entry:

/S/ BRIAN URBANO
BRIAN URBANO
Assistant U.S. Attorney

~~BENJAMIN WEST~~, ESQ.
Counsel for Defendant
Lisa Van Hoeck